UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-23983-BLOOM/ Otazo-Reyes

Gregg Podalsky, et al.,

    Plaintiffs,

v.

Samuel Bankman-Fried, et al.,

    Defendants.
_____/

## ORDER OF TRANSFER

**GOOD CAUSE** appearing that a transfer of this case is appropriate pursuant to Internal Operating Procedure 2.15.00 of the United States District Court for the Southern District of Florida because of related **Case No. 22-cv-23753-KMM**, and subject to the consent of the Honorable K. Michael Moore, it is

**ORDERED AND ADJUDGED** that the above numbered case is transferred to the calendar of Judge Moore for all further proceedings.

**DONE AND ORDERED** in Miami, Florida, on December 8, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

After reviewing the file in the above numbered case, the undersigned accepts the transfer of this case. Therefore, it is

**ORDERED AND ADJUDGED** that all pleadings filed after this date shall bear the following case number, **22-cv-23983-KMM**, indicating the Judge to whom all pleadings should be routed.

**DONE AND ORDERED** in Miami, Florida, on December 8, 2022.

_____
**K. MICHAEL MOORE**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of record