**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 22-cv-23753-MOORE/LOUIS

EDWIN GARRISON, *et al.*, on behalf of
themselves and all other similarly situated,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.

_____/

**<u>NOTICE OF APPEARANCE</u>**

    PLEASE TAKE NOTICE that Stephanie A. Casey, of the law firm Colson Hicks Eidson, P.A. appears as counsel for Defendants Thomas Brady and Gisele Bündchen, and requests that all papers served in this case also be delivered to and served at the address set forth below.

    Dated:  January 25, 2023.

                                      Respectfully submitted,

                                      **COLSON HICKS EIDSON, P.A.**
                                      255 Alhambra Circle, Penthouse
                                      Coral Gables, Florida 33134
                                      Telephone: (305) 476-7400
                                      Facsimile: (305) 476-7444

                                      By:  <u>*Stephanie Casey*</u>
                                      Stephanie A. Casey
                                      Florida Bar No. 97483
                                      Email: scasey@colson.com

                                      *Attorney for Defendants Thomas Brady*
                                      *and Gisele Bündchen*