# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-23753-MOORE/LOUIS

EDWIN GARRISON, *et al.*, on behalf of
themselves and all other similarly situated,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Zachary Lipshultz of the law firm Colson Hicks Eidson, P.A. appears as counsel for Defendants Thomas Brady and Gisele Bündchen, and requests that all papers served in this case also be delivered to and served at the address set forth below.

Dated: January 25, 2023.

    Respectfully submitted,

**COLSON HICKS EIDSON, P.A.**
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Telephone: (305) 476-7400
Facsimile: (305) 476-7444

By: _Zachary Lipshultz_
Zachary Lipshultz
Florida Bar No. 123594
Email: zach@colson.com

*Attorney for Defendants Thomas Brady
and Gisele Bündchen*