UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-23753

EDWIN GARRISON, et al. on behalf of
themselves and all others similarly
situated,

    Plaintiff,

v.

SAM BANKMAN-FRIED, et al.,

    Defendants.

_____/

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that Howard M. Bushman of The Moskowitz Law Firm PLLC, hereby gives notice of appearance as co-counsel for Plaintiffs. Counsel respectfully requests that all orders, pleadings, and correspondence be served at the address below.

    Respectfully submitted this 9th day of March 2023.

    By: */s/ Howard M. Bushman*
    Howard M. Bushman
    Florida Bar No. 0364230
    howard@moskowitz-law.com
    Adam M. Moskowitz
    Florida Bar No. 984280
    adam@moskowitz-law.com
    Joseph M. Kaye
    Florida Bar No. 117520
    joseph@moskowitz-law.com
    Barbara C. Lewis
    Florida Bar No. 118114
    barbara@moskowitz-law.com
    **THE MOSKOWITZ LAW FIRM, PLLC**
    2 Alhambra Plaza, Suite 601
    Coral Gables, FL 33134
    Telephone: (305) 740-1423

    *Co-Counsel for Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the forgoing was filed on March 9, 2023, with the Court via CM/ECF system, which will send notification of such filing to all attorneys of record.

      By: */s/ Howard M. Bushman*
           Howard M. Bushman