UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-23753

EDWIN GARRISON, et al. on behalf of
themselves and all others similarly
situated,

    Plaintiff,

v.

SAM BANKMAN-FRIED, et al.,

    Defendants.

_____/

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that Barbara C. Lewis of The Moskowitz Law Firm PLLC, hereby gives notice of appearance as co-counsel for Plaintiffs. Counsel respectfully requests that all orders, pleadings, and correspondence be served at the address below.

    Respectfully submitted this 9th day of March 2023.

                                              By:  */s/ Barbara C. Lewis*
                                                    Barbara C. Lewis
                                                    Florida Bar No. 118114
                                                    barbara@moskowitz-law.com
                                                    Adam M. Moskowitz
                                                    Florida Bar No. 984280
                                                    adam@moskowitz-law.com
                                                    Joseph M. Kaye
                                                    Florida Bar No. 117520
                                                    joseph@moskowitz-law.com
                                                    Howard M. Bushman
                                                    Florida Bar No. 0364230
                                                    howard@moskowitz-law.com
                                                    **THE MOSKOWITZ LAW FIRM, PLLC**
                                                    2 Alhambra Plaza, Suite 601
                                                    Coral Gables, FL 33134
                                                    Telephone: (305) 740-1423

                                                    *Co-Counsel for Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the forgoing was filed on March 9, 2023, with the Court via CM/ECF system, which will send notification of such filing to all attorneys of record.

                                        By:  */s/ Barbara C. Lewis*
                                                      Barbara C. Lewis