# Exhibit B

Case Number: 22-CV-23753-KMM

Plaintiff: **EDWIN GARRISON, ET AL., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED**
vs.
Defendant: **SAM BANKMAN-FRIED, ET AL.**

For:
THE MOSKOWITZ LAW FIRM, PLLC
2 ALHAMBRA PLAZA
SUITE 601
CORAL GABLES, FL 33134

Received by P.I. SERVICES on the 6th day of March, 2023 at 4:15 pm to be served on **NAOMI OSAKA C/O DAVID FINK, ESQ., 2049 CENTURY PARK EAST, SUITE 2300, LOS ANGELES, CA 90067.**

I, ZAILI PERDOMO, do hereby affirm that on the **6th day of March, 2023** at **5:28 pm, I:**

**Additional Information pertaining to this Service:**
3/6/2023  4:15 pm  I spoke to Cary at Ground Control Business Management. She said the NAOMI OSAKA is a client of theirs but they are not lawyers. I asked her if she could provide me with the information for her legal representation or an agent. She told me she would have someone call me. Will let you know when I hear back from them.  (310) 315-6200
3/6/2023  5:28 pm  David Fink called me from (310) 229-0398 and he specifically told me that we will never be able to access her property because it is gated. He asked me to stop trying to serve her and send it to him instead because he is accepting service for her.

_[signature]_
ZAILI PERDOMO
C.P.S. 2314

P.I. SERVICES
1430 S. Dixie Highway
Suite 105, #157
Coral Gables, FL 33146
(305) 666-0142

Our Job Serial Number: PIS-2023000371

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n