# Composite Exhibit G

**Rejane Passos**

| | |
|---|---|
| **Subject:** | FW: Garrison, et al. v. Bankman-Fried, et al., No. 1:22-cv-23753-KMM -- Shaquille O'Neal Request for Waiver of Service |

**From:** Reid, Benjamine
**Sent:** Wednesday, March 8, 2023 1:27 PM
**Subject:**


We do not represent Mr. O'Neal and I am unaware of any counsel who does.

Benjamine Reid
Carlton Fields, P.A.
305.205.2780 (c)
305.539.7222(o)


[cid:imagefa3d7c.PNG@87de7f4c.48a67bcc]<http://>

Benjamine Reid
Attorney at Law

2 MiamiCentral
700 NW 1st Avenue, Ste. 1200
Miami, Florida 33136-4118
Direct: 305.539.7222 | Mobile: 305.205.2780

breid@carltonfields.com<mailto:breid@carltonfields.com> | www.carltonfields.com<http://www.carltonfields.com> bio<https://www.carltonfields.com/team/r/benjamine-reid> | vcard<https://www.carltonfields.com/Libraries/CarltonFields/Media/Attorney%20Vcards/Benjamine-Reid.vcf?ext=.vcf>

Carlton Fields is ISO 27001:2013 certified

Confidential: This e-mail contains a communication protected by the attorney-client privilege or constitutes work product. If you do not expect such a communication please delete this message without reading it or any attachment and then notify the sender of this inadvertent delivery.

| | |
|---|---|
| **From:** | Joseph Kaye |
| **To:** | breid@carltonfields.com; cgruhn@carltonfields.com; jacohen@carltonfields.com |
| **Cc:** | Adam Moskowitz; dboies@bsfllp.com; aboies@bsfllp.com; Brooke Alexander; Stephen N. Zack; Rejane Passos |
| **Subject:** | Re: Garrison, et al. v. Bankman-Fried, et al., No. 1:22-cv-23753-KMM -- Shaquille O"Neal Request for Waiver of Service |
| **Date:** | Monday, March 6, 2023 6:33:11 PM |
| **Attachments:** | Garrison v. Bankman-Fried - Waiver Request - Shaquille O"Neal.pdf<br>Garrison v. Bankman-Fried - Waiver Return - Shaquille O"Neal.pdf<br>D.E. 16 Amended Complaint.pdf |

Good afternoon Messrs. Reid, Gruhn, and Cohen,

We represent Plaintiffs and the putative classes in the above-referenced action. A copy of the operative complaint is attached. I am reaching out to you with a Notice of Commencement of Action and Request for Waiver of Service for your client, Shaquille O'Neal (both forms attached). We know Mr. O'Neal is aware of the complaint (https://www.cnbc.com/2022/12/15/shaq-on-crypto-ftx-post-collapse-i-was-just-a-paid-spokesperson.html) and are in the process of personally serving him, but wanted to send this along to you in order to expedite the process and avoid the cost of personal service to the extent possible. Please let me know if you have any questions or wish to discuss, thank you.

Best,

Joseph M. Kaye, P.A.
Partner
**The Moskowitz Law Firm, PLLC**
P.O. Box 141609
Coral Gables, FL 33114
*For Hand Deliveries Use:*
251 Valencia Ave #141609
Coral Gables, FL 33114
Office: (305) 740-1423
Direct: (786) 309-9585

Note: The information in this email is confidential and intended to be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information contained herein; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any viruses or other defects that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free and no responsibility is accepted by The Moskowitz Law Firm or the sender of this email for any loss or damage arising in any way from its use.

CIRCULAR 230 DISCLAIMER: The IRS now requires written advice (including electronic

communications) regarding one or more Federal (i.e., United States) tax issues to meet certain standards. Those standards involve a detailed and careful analysis of the facts and applicable law which we expect would be time consuming and costly. We have not made and have not been asked to make that type of analysis in connection with any advice given in this e-mail. As a result, we are required to advise you that any Federal tax advice rendered in this e-mail is not intended or written to be used and cannot be used for the purpose of avoiding penalties that may be imposed by the IRS.

CNBC make it

| How this 39-year-old earns $26,000 a year in California | An 85-year Harvard study found the No. 1 thing that makes us happy in life: It… | This aban into a 31-… |

### NEXT GEN INVESTING

# Shaq distances himself from crypto and FTX collapse: 'I was just a paid spokesperson'

Published Thu, Dec 15 2022・11:16 AM EST     Updated Mon, Dec 19 2022・3:48 AM EST


**Jade Scipioni**
@JADESCIPIONI


**Cameron Albert-Deitch**
@C_ALBERTDEITCH

SHARE   



**Shaquille O'Neal** Scott Mlyn | CNBC

3/9/23, 3:58 PM  Case 1:22-cv-23983-KMM   Document 20-7   Entered on FLSD Docket 03/10/2023   Page 6 of 11
Shaq on crypto, FTX post-collapse: I was just a paid spokesperson

# make it

ever did.

That's after being named in a class-action lawsuit against now-bankrupt cryptocurrency exchange FTX last month, for promoting the company in a June commercial.

In an interview with CNBC Make It this week, the 50-year-old businessman and Basketball Hall of Famer took questions about his relationship with FTX while discussing his other business ventures.

O'Neal has a long history of investing in companies he promotes, including his current enterprise, Shaq's Fun House, an annual part-festival, part-carnival event. Those investments often pan out: O'Neal makes more off the court than he did as an NBA star, he told HBO's "Real Sports with Bryant Gumbel" in 2018.

But when it comes to FTX, he says, he was merely a celebrity in an ad.

"A lot of people think I'm involved, but I was just a paid spokesperson for a commercial," O'Neal says.

## FTX collapse ensnares celeb investors

On Tuesday, the U.S. Securities and Exchange Commission accused FTX founder and former CEO Sam Bankman-Fried of orchestrating a "brazen" years-long fraud, misusing customer funds to benefit himself and his crypto hedge fund, Alameda Research.

Bankman-Fried was arrested on Monday by Bahamian authorities, likely leading to extradition and a U.S. trial, CNBC reported. He'll face at least eight charges from federal prosecutors in the Southern District of New York, including several counts of conspiracy and fraud.



▶ 9:56

**FTX's collapse is shaking crypto to its core. The pain may not be over**

Customers have been unable to withdraw funds from FTX since the company declared bankruptcy last month. As many as one million creditors, according to an FTX bankruptcy filing, are unsure if they'll ever get their money back.

The class-action lawsuit naming O'Neal is a legal proceeding separate from the federal government's charges. It alleges that FTX's spokespeople "either controlled, promoted, assisted in [or] actively participated" in a plot to "aggressively market" the company.

Other athletes and celebrities from FTX's commercials — including Steph Curry, Tom Brady, and comedian Larry David — were also named in the lawsuit. Texas is now separately investigating some celebrity FTX endorsers for potentially violating state securities laws, according to Bloomberg.

## 'I don't understand [crypto], so I will probably stay away'

The ex-basketball star's commercial was somewhat of a surprise: Last year, O'Neal told CNBC Make It that he was actively avoiding cryptocurrency.

be true."

O'Neal told Front Office Sports last year that he'd declined promotional offers from various crypto entities.

"I always get these companies that say, 'Hey, we'll give you $900,000 in crypto to send out a tweet,'" O'Neal said. "So I have to say, 'OK, if you're going to give me a million dollars worth of crypto, then why do you need me?'"

He may have had a change of heart in late 2021, though: Over the past year, O'Neal changed his Twitter display name to "SHAQ.ETH" and "SHAQ.SOL" to promote NFT collections underpinned by the Ethereum and Solana cryptocurrency platforms.

"I'm excited to be partnering with FTX to help make crypto accessible to everyone," O'Neal said in the June commercial. "I'm all in. Are you?"

Today, O'Neal cites his friendship with Curry as a reason he consented to appear in the ad. A spokesperson for Curry declined to comment.

In the ad, O'Neal told viewers that he checked his FTX account daily. But when asked now if he's bullish on crypto, he offers a simple response: "No."

"People know I'm very, very honest," O'Neal says. "I have nothing to hide. If I was heavily involved, I would be at the forefront saying, 'Hey.' But I was just a paid spokesperson."

It's unclear how much money O'Neal made from his FTX endorsement deal. Investor and entrepreneur Kevin O'Leary, who also endorsed FTX and is named in the suit, told CNBC's "Squawk Box" last week that he was paid $15 million by FTX, and lost it all: $9.7 million that he'd invested with FTX, more than $1 million in FTX equity and approximately $4 million in taxes and agent fees.

O'Leary said the money he lost was his alone. "We need to get to the bottom of what happened at FTX, but we can't let its collapse cause us to abandon the great

Sign up now: Get smarter about your money and career with our weekly newsletter

Don't miss: Harvard-educated deception expert: 4 red flags can show when people like Sam Bankman-Fried are lying



▶ 1:00

Here's what Shaquille O'Neal did with his first check — and his advice for young people

## Trending Now

**1** I was VP at Google for 10 years. Here's the No. 1 skill I looked for at job interviews—few people had it

**2** 29-year-old nurse got a 'once-in-a-lifetime opportunity' to make $187K and work only 9 months a year

3/9/23, :  PM   Case 1:22-cv-23983-KMM   Document 20-7   Entered on FLSD Docket 03/10/2023   Page 10 of 11
Shaq on crypto, FTX post-collapse: I was just a paid spokesperson

![CNBC make it]

3



**4. Kids who do these 12 things have 'highly sensitive' brains—why parenting experts say it's an advantage**



**5. You can live on this cruise ship for $30,000/year—less than the average cost of rent in NYC**

3/9/23, 3:57 PM
Shaq on crypto, FTX post-collapse: I was just a paid spokesperson
Case 1:22-cv-23983-KMM   Document 20-7   Entered on FLSD Docket 03/10/2023   Page 11 of 11



## Stay in the loop

Get Make It newsletters delivered to your inbox

**SIGN UP**

## About Us

Learn more about the world of CNBC Make It

**LEARN MORE**

## Follow Us

CNBC.COM ↗     Join the CNBC Panel ↗

© 2023 CNBC LLC. All Rights Reserved. A Division of NBC Universal

Privacy Policy  |  Do Not Sell My Personal Information

CA Notice  |  Terms of Service  |  Contact