**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:22-cv-23753-KMM**

**EDWIN GARRISON**, *et al.,* on behalf of
themselves and all others similarly situated,

>    *Plaintiffs,*

*v.*

**SAM BANKMAN-FRIED**, *et al.*,

>    *Defendants.*

_____/

**DECLARATION OF JOSEPH KAYE IN SUPPORT OF**
**PLAINTIFF'S MOTION TO SERVE DEFENDANT SHAQUILLE O'NEAL THROUGH**
**ALTERNATE MEANS**

>    I, Joseph Kaye, hereby declare as follows:

1.      Except as otherwise indicated and supported through cited materials in this declaration, including affidavits of our process servers, I have personal knowledge of the facts stated herein, and if called upon as a witness, I would and could testify competently to the matters set forth herein.

2.      I am a Partner with The Moskowitz Law Firm, PLLC, and am reside in the State of Florida, am over the age of 18, and am *sui juris*.

3.      Shaquille O'Neal has demonstrably had actual notice of this action since at least December 15, 2022, when CNBC published an article containing O'Neal's comments during his interview with *CNBC Make It* that week regarding the allegations in this suit:[1]

---

[1] *See* "Shaq distances himself from crypto and FTX collapse: 'I was just a paid spokesperson,'" dated December 15, 2022, published at https://www.cnbc.com/2022/12/15/shaq-on-crypto-ftx-post-collapse-i-was-just-a-paid-spokesperson.html (accessed April 7, 2023).

*Edwin Garrison, et al. v. Samuel Bankman-Fried, et al.*
*Case No. 1:22-cv-23753-KMM*

"A lot of people think I'm involved, but I was just a paid spokesperson for a commercial," O'Neal says.

. . .

Today, O'Neal cites his friendship with Curry as a reason he consented to appear in the ad. A spokesperson for Curry declined to comment.

In the ad, O'Neal told viewers that he checked his FTX account daily. But when asked now if he's bullish on crypto, he offers a simple response: "No."

"People know I'm very, very honest," O'Neal says. "I have nothing to hide. If I was heavily involved, I would be at the forefront saying, 'Hey.' But I was just a paid spokesperson."

It's unclear how much money O'Neal made from his FTX endorsement deal.

Despite O'Neal's actual knowledge of this action for at least the last four months and his claim that he has "nothing to hide," to date he has not allowed himself to be served with process, has not had counsel confirm that they will represent him in this action, or otherwise appeared in this action.

4.     Shaquille O'Neal owns and has owned a large number of homes all across the country, from Florida and Georgia, to Texas, to Nevada and California.[2] Plaintiffs' Counsel's investigation showed, however, that while Defendant O'Neal is regularly on the move between these locations (making personal service of process more difficult than with an average American), he was likely spending much of his time in Texas, based on reports that he "is expanding [his] Big Chicken franchise to Texas, and as a result, he has bought a house there to help facilitate the move."[3]

5.     The process servers made several service attempts at the most recent, last-known address listed for Defendant O'Neal in Texas. After learning that Defendant O'Neal sold his

---

[2]     https://www.realtor.com/news/celebrity-real-estate/every-home-shaquille-oneal-has-owned-past-and-present/ (accessed April 7, 2023).

[3]     https://thesportsrush.com/nba-news-shaquille-oneal-has-a-new-1-22-million-home-in-north-texas-amid-big-chicken-restaurant-expansion-plans/ (accessed April 7, 2023).

*Edwin Garrison, et al. v. Samuel Bankman-Fried, et al.*
*Case No. 1:22-cv-23753-KMM*

former Sugarland residence (apparently to his ex-wife, Arnetta Yardbourgh), Plaintiffs' Counsel's investigation showed that Defendant O'Neal recently purchased another home in Texas, but the address was not listed and did not show up in the process server's skip trace. *See* **Composite Exhibit A**. After combing through public records and reports of the purchase of the new home (all of which did not list the address of the property because (1) O'Neal did not purchase the home in his individual capacity and (2) the reports only stated his home was in "Carrollton, Texas" and gave the statistics for the home, such as the square footage and number of bedrooms or bathrooms), Plaintiffs' Counsel finally located an article that gave away the full address of 4012 Sahara Court, Carrollton, Texas 75010.[4] Since obtaining the address, Plaintiffs' Counsel and the process servers have made numerous attempts at effecting service on O'Neal at his Carrollton address, including through personal service and through FedEx (serving the summons, complaint, and the pending MDL petition), and Plaintiffs' Counsel have directed the process servers to continue attempting service. *See* Comp. Ex. A.

      6.     At the same time, Plaintiffs' Counsel worked to determine whether there are any attorneys who represent or have previously represented Defendant O'Neal who either (1) intend to represent him, (2) will accept service on his behalf, or (3) would provide information to facilitate his service.

      7.     Plaintiffs' counsel first reached out to Benjamine Reid, Clifton R. Gruhn, and Jeffrey A. Cohen, shareholders at the Miami office of Carlton Fields who recently represented Mr. O'Neal in many different litigation,[5] with Notice of Commencement and Request for Waiver of

---

[4]    https://www.housedigest.com/913481/take-a-tour-of-shaquille-oneals-stunning-new-texas-home/ (accessed April 7, 2023).

[5]  https://www.law.com/dailybusinessreview/2021/05/13/slam-dunk-carlton-fields-lawyers-score-413k-in-attorney-fees-for-shaquille-oneal/ (accessed April 7, 2023); *see also*

*Edwin Garrison, et al. v. Samuel Bankman-Fried, et al.*
*Case No. 1:22-cv-23753-KMM*

Service forms and a copy of the operative Amended Complaint. *See* **Composite Exhibit B**. They disclaimed knowledge of O'Neal's representation and declined to forward the materials to Mr. O'Neal. *Id.*

8.     Then, Plaintiffs' Counsel contacted Peter W. Ross and Eric C. Lauritsen of Ross LLP, who represented O'Neal as recently as two months ago,[6] with Notice of Commencement and Request for Waiver of Service forms and a copy of the operative Amended Complaint. *See* **Exhibit C**. On a phone call, attorney Lauritsen similarly disclaimed any personal knowledge of O'Neal's representation or whereabouts. Mr. Ross's response to Plaintiffs' Counsel's email is outstanding.

9.     Finally, Plaintiffs' Counsel contacted attorney Dennis Roach, who has apparently represented and worked with O'Neal in various matters for years.[7] On a phone call, Mr. Roach confirmed that O'Neal was his client. When asked whether he represented him in this action or if he knew who did, he said to send him the information and he would "speak to the powers that be" to confirm and would "get back" to Plaintiffs' Counsel. Plaintiffs' Counsel followed up with an email with Notice of Commencement and Request for Waiver of Service forms and a copy of the operative Amended Complaint. *See* **Exhibit D**.

10.     Plaintiffs' Counsel followed up with Mr. Roach on March 29, 2023, but to date has received no further response.

---

https://www.abajournal.com/news/article/biglaw_lawyers_sanctioned_for_advising_shaquille_o
neal_he_didnt_need_to_att (accessed April 7, 2023).

[6]     https://www.law360.com/articles/1570921/shaq-settles-suit-against-pot-co-alleging-
mismanaged-funds (accessed April 7, 2023).

[7]     https://abcnews.go.com/Sports/shaq-lawyer-calls-incident-horseplay/story?id=23045999
(accessed April 7, 2023); https://www.prnewswire.com/news-releases/shaquille-oneal-unveils-all-
star-board-of-directors-for-the-shaquille-oneal-foundation-301273421.html   (accessed   April   7,
2023).

11.     On March 10, 2023, Plaintiffs filed a Response to the Court's Show Cause Order, [ECF No. 99], explaining the issues with serving O'Neal with process and requesting an extension of time to continue their efforts, which the Court granted by an Order extending the deadline for Plaintiffs to serve Defendant O'Neal to April 17, 2023. ECF No. 101.

12.     In addition to the previous attempts to serve O'Neal outlined above, Plaintiffs have attempted personal service on Defendant O'Neal at his Texas residence on 8 additional occasions over nearly a month. *See* **Composite Exhibit E** (affidavits of nonservice and affidavit of due diligence). After the eighth attempt, Plaintiffs' process server in Texas received a text message later that night, stating "shaq lives in the Bahamas u stupid fuck **give beth shaw** my regards." *Id.* at 3 (emphasis added). Plaintiffs' investigation confirms O'Neal does not live in the Bahamas.

13.     Beth Shaw is the process server's wife, which the sender of the text (from 518-816-0323) would only have known after conducting a background check into Mr. Shaw, who left his business card at O'Neal's residence during his attempts at service, which included his name and phone number. *Id.* Believing the text to have originated from O'Neal or someone acting on his behalf, Mr. Shaw was no longer comfortable attempting to personally serve Mr. O'Neal with process, fearing for his and his wife's safety.

14.     Plaintiffs' counsel have also made efforts to serve Defendant O'Neal in Georgia, where he also maintains a residence. Process servers made 12 attempts at O'Neal's Georgia residence, and were unable to locate or contact O'Neal. *See* **Composite Exhibit F** (affidavits of nonservice). Plaintiffs' counsel also sent the summons and operative complaint via FedEx to O'Neal's Georgia residence and his office at Turner Sports in Atlanta (from where O'Neal regularly appears on TNT). *See* **Composite Exhibit G** (FedEx Delivery Confirmations with Pictures). Further, Plaintiffs' counsel sent via FedEx the summons, operative complaint, necessary

*Edwin Garrison, et al. v. Samuel Bankman-Fried, et al.*
*Case No. 1:22-cv-23753-KMM*

check, and cover letter to the Civil Unit of Henry County Sheriff's Office (where O'Neal is a Director of Community Relations),[8] requesting assistance in effecting service of process on Mr. O'Neal. *See* **Composite Exhibit H**. The check cleared April 3, 2023, though to date Plaintiffs' Counsel have received no response from the Henry County Sheriff's Office.

15.     On April 6, 2023, Plaintiffs created the Service Webpage, and served O'Neal with the link to the Service Webpage (1) via direct message from The Moskowitz Law Firm's Twitter account to one of O'Neal's verified Twitter accounts (@DJDiesel); [9][10] (2) via direct message from The Moskowitz Law Firm's Instagram account to O'Neal's verified Instagram accounts (@Shaq and @DJDiesel); and (3) via email to O'Neal's prior and current counsel in other matters. *See* **Composite Exhibit I**. The direct message to O'Neal's accounts read as follows:

> Mr. O'Neal, in accordance with Federal Rule of Civil Procedure 4(e)(1) and Texas Rule of Civil Procedure 106(b)(2), please find the summons, operative complaint, and other important materials regarding the claims filed against you in the action pending in the Southern District of Florida before the Honorable Judge K. Michael Moore, styled *Garrison, et al. v. Bankman-Fried, et al.*, No. 1:22-cv-23753 (S.D. Fla.): https://moskowitz-law.com/service-by-publication-of-garrison-v-bankman-fried-122-cv-23753-sd-fla-on-shaquille-oneal

---

[8] https://www.safehenry.com/keep-in-touch-with-site-visitors-and-boost-loyalty (accessed April 7, 2023).

[9] O'Neal made history back in 2008 as the first ever verified Twitter user with his @Shaq account, and it is common knowledge that he manages his own Twitter and social media accounts as a means of interacting directly with his fanbase. *See* https://www.essentiallysports.com/nba-basketball-news-way-before-elon-musks-twitter-blue-tick-fiasco-shaquille-oneal-made-history-on-1-billion-worth-social-media-platform/ (accessed April 7, 2023); *see also* https://theathletic.com/1234609/2019/09/24/shaquille-oneal-early-adoption-twitter-changed-athlete-relations-forever/ (accessed April 7, 2023). While it appears O'Neal disabled direct messages to his @Shaq Twitter account, the Service Website link was direct messaged to his @DJDiesel Twitter account and both his @Shaq and @DJDiesel Instagram accounts.

[10] O'Neal moonlights as "DJ Diesel," producing electronic music and DJing at festivals around the country. https://www.essentiallysports.com/nba-basketball-news-dj-diesel-shaquille-oneal-chose-to-pursue-a-career-in-electronic-music-because-of-its-similarity-to-basketball/ (accessed April 7, 2023).

*Edwin Garrison, et al. v. Samuel Bankman-Fried, et al.*
*Case No. 1:22-cv-23753-KMM*

This is the same action you publicly commented on December 15, 2022: "Shaq distances himself from crypto and FTX collapse: 'I was just a paid spokesperson,'" dated December 15, 2022, published at https://www.cnbc.com/2022/12/15/shaq-on-crypto-ftx-post-collapse-i-was-just-a-paid-spokesperson.html

Thank you.

*See* Comp. Ex. I.

16.     O'Neal is extremely active on his social media accounts. The number of posts made on each account since this action was filed and the date of the most recent posts are as follows:

- @Shaq (Instagram – 30 million followers and 3,752 posts): April 4, 2023; 127 posts since this action was filed. O'Neal includes what is apparently his cell phone number on this account, stating "Text me 818-583-8345" in the headline. O'Neal posted on April 9, 2020, confirming this was his number: https://www.instagram.com/p/B-xlr1nl1Qn/ (accessed April 7, 2023).
- @DJDiesel (Instagram – 397K followers and 399 posts): March 21, 2023; 21 posts since this action was filed.
- @Shaq (Twitter – 15.9M followers and 10.4K tweets since November 2008): April 5, 2023; 57 posts since this action was filed.
- @DJDiesel (Twitter – 77.3K followers and 550 tweets since September 2019): April 5, 2023; 30 posts since this action was filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate to the best of my knowledge and belief.

Executed April 7, 2023.

By: _____
Joseph Kaye

# Composite

# Exhibit A

Log Out

2C

### Details for Job 2023000253

## General Information

| | |
|---|---|
| **Party To Be Served:** | SHAQUILLE O'NEAL |
| **Person To Be Served:** | None |
| **Received Date/Time:** | 2/21/2023 6:06 PM |
| **Documents To Be Served:** | SUMMONS & AMENDED COMPLAINT (21 DAYS) |
| **Court Date/Time:** | None |

## Case Information

| | |
|---|---|
| **Case Number:** | 22-CV-23753-KMM |
| **Judge:** | None |
| **Plaintiff:** | EDWIN GARRISON, ET AL., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED |
| **Defendant:** | SAM BANKMAN-FRIED, ET AL. |
| **Case Date Filed:** | 12/16/2022 |
| **Amended Date Filed:** | None |

## Service Information

N/A - Job is not finished.

## Servee Addresses

| Address(es) |
|---|
| (2ND ADD) 4012 SAHARA COURT, CARROLLTON, TX |

## Comments

☐ Show Location Column

| Date/Time | Body |
|---|---|
| 3/8/2023 3:41 PM | Another attempt to contact Leonard Armato, 310-545-1000. Left a voicemail. Rejane, do you think its a good idea that you call him as well since you are from the law firm directly? I figured we could team up and call him simultaneously. Let me know. I will keep trying regardless. |
| 3/6/2023 12:15 PM | Service Type: Unsuccessful Attempt Description of Service: No answer at door. The call back card left prior, is gone. Service Address 4012 Sahara Ct, Carrollton, TX 75010 |
| 3/6/2023 4:25 PM | I left a voice mail for Shannon. She is the executive assistant for Perry Rogers (702) 214-5570. He represents Shaq. I will keep you posted. I also called the server to find out how many more attempts he has made. |
| 2/24/2023 12:28 PM | Sent the server the 2nd address of 4012 Sahara Court, Carollton, TX. He will attempt it next week. |
| 2/23/2023 6:36 PM | I ran a skip trace. He has not registered a new home address. I sent an email to https://prp-lv.com/ which I believe is his agent or publicist. I will let you know if they reach out to me. His skip trace is attached. |
| | I made an attempt this morning. There was no response at the door. No lights on either. There was a black Honda in the driveway, but it did not have a license plate. There was also an Escalade with the plate number PYS3074. The plate came back registered to Arnetta Yardbourgh. She is listed as a resident and the car is registered at that address. I was surprised that there were no security gates or |

a call box. Pictures attached. Need another address. Rejane do you want a skip trace for him or do you have another address for him?

## Attachments

| Purpose | Description | Format | Show Attachment |
|---------|-------------|--------|-----------------|
| Picture | Pictures | JPG Picture | Show Attachment |
| Picture | Picture | JPG Picture | Show Attachment |
| N/A | SKIP TRACE | Adobe PDF | Show Attachment |

Case Number: 22-CV-23753-KMM

Plaintiff: **EDWIN GARRISON, ET AL., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED**
vs.
Defendant: **SAM BANKMAN-FRIED, ET AL.**

For:
THE MOSKOWITZ LAW FIRM, PLLC
2 ALHAMBRA PLAZA
SUITE 601
CORAL GABLES, FL 33134

Received by P.I. SERVICES on the 21st day of February, 2023 at 6:06 pm to be served on **SHAQUILLE O'NEAL, (2ND ADD) 4012 SAHARA COURT, CARROLLTON, TX.**

I, KIM SHAW, do hereby affirm that on the **10th day of March, 2023** at **6:40 pm, I:**

**Additional Information pertaining to this Service:**
Date & Time: Feb 28, 2023, 2:30 pm CST

Service Type: Unsuccessful Attempt

Description of Service:

No answer at door. Numerous cameras present. Left call back card.

Service Address
4012 Sahara Ct, Carrollton, TX 75010

Date & Time: Mar 6, 2023, 12:15 pm CST

Service Type: Unsuccessful Attempt

Description of Service:

No answer at door. The call back card left prior, is gone.

Service Address
4012 Sahara Ct, Carrollton, TX 75010

Date & Time: Mar 9, 2023, 2:25 pm CST

Service Type: Unsuccessful Attempt

Description of Service:  No answer at the door.

Service Address

4012 Sahara Ct, Carrollton, TX 75010

Date & Time: Mar 10, 2023, 2:00 pm CST

Service Type: Unsuccessful Attempt

Description of Service:

No answer at knock on door. Previous call back information was still on the door from March 9, 2023. Several packages were on the porch.

I certify that I am over the age of eighteen, and have no interest in the above action.

**KIM SHAW**
Process Server

Case Number: 22-CV-23753-KMM

Plaintiff: **EDWIN GARRISON, ET AL., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED**
vs.
Defendant: **SAM BANKMAN-FRIED, ET AL.**

For:
THE MOSKOWITZ LAW FIRM, PLLC
2 ALHAMBRA PLAZA
SUITE 601
CORAL GABLES, FL 33134

Received by P.I. SERVICES on the 21st day of February, 2023 at 6:06 pm to be served on **SHAQUILLE O'NEAL, 1 GRAND MAJOR COURT, SUGAR LAND, TX 77479.**

I, PAULA SAMORIGA, do hereby affirm that on the **10th day of March, 2023** at **6:40 pm, I:**

**Additional Information pertaining to this Service:**
-1 Grand Major Court, Sugar Land, TX  77479.  I made an attempt on 2/22/23 in the morning. There was no response at the door. No lights on either. There was a black Honda in the driveway, but it did not have a license plate. There was also an Escalade with the plate number PYS3074. The plate came back registered to Arnetta Yardbourgh which is Shaquille's ex-wife. She is listed as a resident and the car is registered at that address. I was surprised that there were no security gates or a call box.

Another attempt. On 3/3 at 7:12PM. Both vehicles from the previous attempt were parked on the driveway.
There was no response at the door. They have a ring doorbell and it did light up with the LED's. So I know someone knew I was there. Whether they were home or not. They did not respond when I tried to talk to them via the ring doorbell.  I believe Shaquille does not live here.  I did a Google search and it said that Arnetta and Shaquille are no longer together.

**PAULA SAMORIGA**
Process Server

| From: | TrackingUpdates@fedex.com |
| To: | Rejane Passos |
| Subject: | FedEx Shipment 771339070967: Your package has been delivered |
| Date: | Wednesday, February 22, 2023 1:13:59 PM |



# Hi. Your package was delivered Wed, 02/22/2023 at 12:08pm.



Delivered to 4012 SAHARA CT, Carrollton, TX 75010
Left at front door.

OBTAIN PROOF OF DELIVERY



Delivery picture not showing? View in browser.

| | |
|---|---|
| TRACKING NUMBER | [771339070967](#) |
| FROM | The Moskowitz Law Firm |
| | 208 N. Market Street, Suite LL-B |
| | Dallas, TX, US, 75202 |
| TO | Shaquille ONeal |
| | Shaquille ONeal |
| | 4012 Sahara Ct |
| | CARROLLTON, TX, US, 75010 |
| REFERENCE | FTX - MDL+COMPL |
| SHIP DATE | Tue 2/21/2023 12:00 AM |
| PACKAGING TYPE | Package |
| ORIGIN | Dallas, TX, US, 75202 |
| DESTINATION | CARROLLTON, TX, US, 75010 |
| NUMBER OF PIECES | 1 |
| TOTAL SHIPMENT WEIGHT | 4.00 LB |
| SERVICE TYPE | FedEx Ground |

## Get the FedEx® Mobile app

Create shipments, receive tracking alerts, redirect packages to a FedEx retail location for pickup, and more from the palm of your hand - Download now.



FOLLOW FEDEX      

☐   Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 12:13 PM CST 02/22/2023.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2023 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

# Composite

# Exhibit B

**Rejane Passos**

| | |
|---|---|
| **Subject:** | FW: Garrison, et al. v. Bankman-Fried, et al., No. 1:22-cv-23753-KMM -- Shaquille O'Neal Request for Waiver of Service |

**From:** Reid, Benjamine
**Sent:** Wednesday, March 8, 2023 1:27 PM
**Subject:**

We do not represent Mr. O'Neal and I am unaware of any counsel who does.

Benjamine Reid
Carlton Fields, P.A.
305.205.2780 (c)
305.539.7222(o)

[cid:imagefa3d7c.PNG@87de7f4c.48a67bcc]<http://>

Benjamine Reid
Attorney at Law

2 MiamiCentral
700 NW 1st Avenue, Ste. 1200
Miami, Florida 33136-4118
Direct: 305.539.7222 | Mobile: 305.205.2780

breid@carltonfields.com<mailto:breid@carltonfields.com> | www.carltonfields.com<http://www.carltonfields.com>
bio<https://www.carltonfields.com/team/r/benjamine-reid> |
vcard<https://www.carltonfields.com/Libraries/CarltonFields/Media/Attorney%20Vcards/Benjamine-Reid.vcf?ext=.vcf>

Carlton Fields is ISO 27001:2013 certified

Confidential: This e-mail contains a communication protected by the attorney-client privilege or constitutes work product. If you do not expect such a communication please delete this message without reading it or any attachment and then notify the sender of this inadvertent delivery.

| From: | Joseph Kaye |
|-------|-------------|
| To: | breid@carltonfields.com; cgruhn@carltonfields.com; jacohen@carltonfields.com |
| Cc: | Adam Moskowitz; dboies@bsfllp.com; aboies@bsfllp.com; Brooke Alexander; Stephen N. Zack; Rejane Passos |
| Subject: | Re: Garrison, et al. v. Bankman-Fried, et al., No. 1:22-cv-23753-KMM -- Shaquille O"Neal Request for Waiver of Service |
| Date: | Monday, March 6, 2023 6:33:11 PM |
| Attachments: | Garrison v. Bankman-Fried - Waiver Request - Shaquille O"Neal.pdf |
| | Garrison v. Bankman-Fried - Waiver Return - Shaquille O"Neal.pdf |
| | D.E. 16 Amended Complaint.pdf |

Good afternoon Messrs. Reid, Gruhn, and Cohen,

We represent Plaintiffs and the putative classes in the above-referenced action. A copy of the operative complaint is attached. I am reaching out to you with a Notice of Commencement of Action and Request for Waiver of Service for your client, Shaquille O'Neal (both forms attached). We know Mr. O'Neal is aware of the complaint (https://www.cnbc.com/2022/12/15/shaq-on-crypto-ftx-post-collapse-i-was-just-a-paid-spokesperson.html) and are in the process of personally serving him, but wanted to send this along to you in order to expedite the process and avoid the cost of personal service to the extent possible. Please let me know if you have any questions or wish to discuss, thank you.

Best,

Joseph M. Kaye, P.A.
Partner
**The Moskowitz Law Firm, PLLC**
P.O. Box 141609
Coral Gables, FL 33114
*For Hand Deliveries Use:*
251 Valencia Ave #141609
Coral Gables, FL 33114
Office: (305) 740-1423
Direct: (786) 309-9585

Note: The information in this email is confidential and intended to be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information contained herein; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any viruses or other defects that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free and no responsibility is accepted by The Moskowitz Law Firm or the sender of this email for any loss or damage arising in any way from its use.

CIRCULAR 230 DISCLAIMER: The IRS now requires written advice (including electronic

communications) regarding one or more Federal (i.e., United States) tax issues to meet certain standards. Those standards involve a detailed and careful analysis of the facts and applicable law which we expect would be time consuming and costly. We have not made and have not been asked to make that type of analysis in connection with any advice given in this e-mail. As a result, we are required to advise you that any Federal tax advice rendered in this e-mail is not intended or written to be used and cannot be used for the purpose of avoiding penalties that may be imposed by the IRS.

 **make it**

NEXT GEN INVESTING

# Shaq distances himself from crypto and FTX collapse: 'I was just a paid spokesperson'

Published Thu, Dec 15 2022•11:16 AM EST    Updated Mon, Dec 19 2022•3:48 AM EST

    **Jade Scipioni**
@JADESCIPIONI

    **Cameron Albert-Deitch**
@C_ALBERTDEITCH

SHARE



**Shaquille O'Neal** Scott Mlyn | CNBC

ever did.

That's after being named in a class-action lawsuit against now-bankrupt cryptocurrency exchange FTX last month, for promoting the company in a June commercial.

In an interview with CNBC Make It this week, the 50-year-old businessman and Basketball Hall of Famer took questions about his relationship with FTX while discussing his other business ventures.

O'Neal has a long history of investing in companies he promotes, including his current enterprise, Shaq's Fun House, an annual part-festival, part-carnival event. Those investments often pan out: O'Neal makes more off the court than he did as an NBA star, he told HBO's "Real Sports with Bryant Gumbel" in 2018.

But when it comes to FTX, he says, he was merely a celebrity in an ad.

"A lot of people think I'm involved, but I was just a paid spokesperson for a commercial," O'Neal says.

## FTX collapse ensnares celeb investors

On Tuesday, the U.S. Securities and Exchange Commission accused FTX founder and former CEO Sam Bankman-Fried of orchestrating a "brazen" years-long fraud, misusing customer funds to benefit himself and his crypto hedge fund, Alameda Research.

Bankman-Fried was arrested on Monday by Bahamian authorities, likely leading to extradition and a U.S. trial, CNBC reported. He'll face at least eight charges from federal prosecutors in the Southern District of New York, including several counts of conspiracy and fraud.



*make it*

▶ 9:56

**FTX's collapse is shaking crypto to its core. The pain may not be over**

Customers have been unable to withdraw funds from FTX since the company declared bankruptcy last month. As many as one million creditors, according to an FTX bankruptcy filing, are unsure if they'll ever get their money back.

The class-action lawsuit naming O'Neal is a legal proceeding separate from the federal government's charges. It alleges that FTX's spokespeople "either controlled, promoted, assisted in [or] actively participated" in a plot to "aggressively market" the company.

Other athletes and celebrities from FTX's commercials — including Steph Curry, Tom Brady, and comedian Larry David — were also named in the lawsuit. Texas is now separately investigating some celebrity FTX endorsers for potentially violating state securities laws, according to Bloomberg.

### 'I don't understand [crypto], so I will probably stay away'

The ex-basketball star's commercial was somewhat of a surprise: Last year, O'Neal told CNBC Make It that he was actively avoiding cryptocurrency.

**make it**

be true."

O'Neal told Front Office Sports last year that he'd declined promotional offers from various crypto entities.

"I always get these companies that say, 'Hey, we'll give you $900,000 in crypto to send out a tweet,'" O'Neal said. "So I have to say, 'OK, if you're going to give me a million dollars worth of crypto, then why do you need me?'"

He may have had a change of heart in late 2021, though: Over the past year, O'Neal changed his Twitter display name to "SHAQ.ETH" and "SHAQ.SOL" to promote NFT collections underpinned by the Ethereum and Solana cryptocurrency platforms.

"I'm excited to be partnering with FTX to help make crypto accessible to everyone," O'Neal said in the June commercial. "I'm all in. Are you?"

Today, O'Neal cites his friendship with Curry as a reason he consented to appear in the ad. A spokesperson for Curry declined to comment.

In the ad, O'Neal told viewers that he checked his FTX account daily. But when asked now if he's bullish on crypto, he offers a simple response: "No."

"People know I'm very, very honest," O'Neal says. "I have nothing to hide. If I was heavily involved, I would be at the forefront saying, 'Hey.' But I was just a paid spokesperson."

It's unclear how much money O'Neal made from his FTX endorsement deal. Investor and entrepreneur Kevin O'Leary, who also endorsed FTX and is named in the suit, told CNBC's "Squawk Box" last week that he was paid $15 million by FTX, and lost it all: $9.7 million that he'd invested with FTX, more than $1 million in FTX equity and approximately $4 million in taxes and agent fees.

O'Leary said the money he lost was his alone. "We need to get to the bottom of what happened at FTX, but we can't let its collapse cause us to abandon the great

![CNBC make it]

---

*Sign up now: Get smarter about your money and career with our weekly newsletter*

*Don't miss: Harvard-educated deception expert: 4 red flags can show when people like Sam Bankman-Fried are lying*



▶ 1:00

**Here's what Shaquille O'Neal did with his first check — and his advice for young people**

# Trending Now

**1** I was VP at Google for 10 years. Here's the No. 1 skill I looked for at job interviews—few people had it

**2** 29-year-old nurse got a 'once-in-a-lifetime opportunity' to make $187K and work only 9 months a year



**Kids who do these 12 things have 'highly sensitive' brains—why parenting experts say it's an advantage**



**You can live on this cruise ship for $30,000/year—less than the average cost of rent in NYC**



## Stay in the loop

Get Make It newsletters delivered to your inbox

SIGN UP

## About Us

Learn more about the world of CNBC Make It

LEARN MORE

## Follow Us

CNBC.COM ↗    Join the CNBC Panel ↗

© 2023 CNBC LLC. All Rights Reserved. A Division of NBC Universal

Privacy Policy   |   Do Not Sell My Personal Information

CA Notice   |   Terms of Service   |   Contact

# Exhibit C

| From: | Joseph Kaye |
|-------|-------------|
| To: | pross@rossllp.la; elauritsen@rossllp.la |
| Cc: | Adam Moskowitz; dboies@bsfllp.com; aboies@bsfllp.com; Brooke Alexander; Stephen N. Zack; Stuart Grossman; Alex Arteaga-Gomez; Rejane Passos |
| Subject: | Re: Garrison, et al. v. Bankman-Fried, et al., No. 1:22-cv-23753-KMM -- Shaquille O"Neal Request for Waiver of Service |
| Date: | Thursday, March 9, 2023 7:08:53 PM |
| Attachments: | Garrison v. Bankman-Fried - Waiver Request - Shaquille O"Neal.pdf<br>Garrison v. Bankman-Fried - Waiver Return - Shaquille O"Neal.pdf<br>D.E. 16 Amended Complaint.pdf |

Good afternoon, Mr. Ross,

I spoke with your associate, Eric Lauritsen, a little while ago. He said he was not personally aware of any of these issues so I wanted to follow up with you in case you are. As I explained to Eric on the call, we represent Plaintiffs and the putative classes in the above-referenced action. A copy of the operative complaint is attached.

I see that you both represented Mr. O'Neal very recently in another matter (https://www.law360.com/articles/1570921/shaq-settles-suit-against-pot-co-alleging-mismanaged-funds) so I am reaching out to you with a Notice of Commencement of Action and Request for Waiver of Service for your client, Shaquille O'Neal (both forms attached).

We know Mr. O'Neal is aware of the complaint (https://www.cnbc.com/2022/12/15/shaq-on-crypto-ftx-post-collapse-i-was-just-a-paid-spokesperson.html) and are in the process of personally serving him, but wanted to send this along to you in order to expedite the process and avoid the cost of personal service to the extent possible.

Please let us know if you will represent him in this action (or if you can put us in touch who will), and let me know if you have any questions or wish to discuss, thank you.

Best,

Joseph M. Kaye, P.A.
Partner
**The Moskowitz Law Firm, PLLC**
P.O. Box 141609
Coral Gables, FL 33114
*For Hand Deliveries Use:*
251 Valencia Ave #141609
Coral Gables, FL 33114
Office: (305) 740-1423
Direct: (786) 309-9585

Note: The information in this email is confidential and intended to be legally privileged. If

you are not the intended recipient, you must not read, use or disseminate the information contained herein; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any viruses or other defects that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free and no responsibility is accepted by The Moskowitz Law Firm or the sender of this email for any loss or damage arising in any way from its use.

CIRCULAR 230 DISCLAIMER: The IRS now requires written advice (including electronic communications) regarding one or more Federal (i.e., United States) tax issues to meet certain standards. Those standards involve a detailed and careful analysis of the facts and applicable law which we expect would be time consuming and costly. We have not made and have not been asked to make that type of analysis in connection with any advice given in this e-mail. As a result, we are required to advise you that any Federal tax advice rendered in this e-mail is not intended or written to be used and cannot be used for the purpose of avoiding penalties that may be imposed by the IRS.

# Exhibit D

| From: | Joseph Kaye |
|---|---|
| To: | dennis@roachlaw.net |
| Cc: | Adam Moskowitz; dbojes@bsfllp.com; abojes@bsfllp.com; Brooke Alexander; Stephen N. Zack; Stuart Grossman; Alex Arteaga-Gomez; Rejane Passos |
| Subject: | Re: Garrison, et al. v. Bankman-Fried, et al., No. 1:22-cv-23753-KMM -- Shaquille O"Neal Request for Waiver of Service |
| Date: | Thursday, March 9, 2023 6:23:52 PM |
| Attachments: | D.E. 16 Amended Complaint.pdf |
| | Garrison v. Bankman-Fried - Waiver Request - Shaquille O"Neal.pdf |
| | Garrison v. Bankman-Fried - Waiver Return - Shaquille O"Neal.pdf |

Good afternoon Mr. Roach,

Thanks for the call just now. As I explained on the call, we represent Plaintiffs and the putative classes in the above-referenced action. A copy of the operative complaint is attached. I am reaching out to you with a Notice of Commencement of Action and Request for Waiver of Service for your client, Shaquille O'Neal (both forms attached). We know Mr. O'Neal is aware of the complaint (https://www.cnbc.com/2022/12/15/shaq-on-crypto-ftx-post-collapse-i-was-just-a-paid-spokesperson.html) and are in the process of personally serving him, but wanted to send this along to you in order to expedite the process and avoid the cost of personal service to the extent possible. Please let us know if you will represent him in this action (or if you can put us in touch who will), and let me know if you have any questions or wish to discuss, thank you.

Best,

Joseph M. Kaye, P.A.
Partner
**The Moskowitz Law Firm, PLLC**
P.O. Box 141609
Coral Gables, FL 33114
*For Hand Deliveries Use:*
251 Valencia Ave #141609
Coral Gables, FL 33114
Office: (305) 740-1423
Direct: (786) 309-9585

Note: The information in this email is confidential and intended to be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information contained herein; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any viruses or other defects that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free and no responsibility is accepted by The Moskowitz Law Firm or the sender of this email for any loss or damage arising in any way from its use.

CIRCULAR 230 DISCLAIMER: The IRS now requires written advice (including electronic communications) regarding one or more Federal (i.e., United States) tax issues to meet certain standards. Those standards involve a detailed and careful analysis of the facts and applicable law which we expect would be time consuming and costly. We have not made and have not been asked to make that type of analysis in connection with any advice given in this e-mail. As a result, we are required to advise you that any Federal tax advice rendered in this e-mail is not intended or written to be used and cannot be used for the purpose of avoiding penalties that may be imposed by the IRS.

# Composite

# Exhibit E

## AFFIDAVIT OF NON-SERVICE

| Case: 22-CV-23753-KMM | Court: UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT OF FLORIDA | County: , Fl | Job: 8449574 (022423-1) |
|---|---|---|---|
| Plaintiff / Petitioner: EDWIN GARRISON, et. al., on behalf of themselves and all others similarly situated | | Defendant / Respondent: SAM BANKMAN-FRIED, et. al. | |
| Received by: Dallas Civil Process & Legal Support | | For: PI Services | |
| To be served upon: SHAQUILLE O'NEAL | | | |

I, Kim Shaw, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   SHAQUILLE O'NEAL, 4012 Sahara Ct, Carrollton, TX 75010

**Manner of Service:**   Unsuccessful Attempt

**Documents:**   SUMMONS IN A CIVIL ACTION; CIVIL DOCKET FOR CASE # 1:22-CV-23753-KMM; AMENDED CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL: (Received Feb 24, 2023 at 11:39am CST)

**Additional Comments:**

1) Unsuccessful Attempt: Feb 28, 2023, 2:30 pm CST at 4012 Sahara Ct, Carrollton, TX 75010
No answer at door. Numerous cameras present. Left call back card.

2) Unsuccessful Attempt: Mar 6, 2023, 12:15 pm CST at 4012 Sahara Ct, Carrollton, TX 75010
No answer at door. The call back card left prior, is gone.

3) Unsuccessful Attempt: Mar 9, 2023, 2:25 pm CST at 4012 Sahara Ct, Carrollton, TX 75010

4) Unsuccessful Attempt: Mar 10, 2023, 2:00 pm CST at 4012 Sahara Ct, Carrollton, TX 75010
No answer at knock on door. Previous call back information was still on the door from March 9, 2023. Several packages were on the porch.

Kim Shaw PSC EXP 06-30-24    9491 KS    Date 3/13/2023

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public    Date 3-13-23    Commission Expires

BILL BOYETT
NOTARY PUBLIC
STATE OF TEXAS
MY COMM EXP 08/24/25
NOTARY ID 12820225-6

CAUSE NO. 22-CV-23753-KMM

| | | |
|---|---|---|
| EDWIN GARRISON, et. al., on behalf of themselves and all others similarly situated | § § § | IN THE COURT OF |
| Plaintiff, | § | |
| VS. | § § | COUNTY, FLORIDA |
| SAM BANKMAN-FRIED, et. al. | § | |
| Defendant. | § | UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA |

## AFFIDAVIT OF DUE DILIGENCE

On this day personally appeared **Kim Shaw** who, being by me duly sworn, deposed and said:

"The following came to hand on **Mar 10, 2023, 11:39 am,**

**SUMMONS IN A CIVIL ACTION; CIVIL DOCKET FOR CASE # 1:22-CV-23753-KMM; AMENDED CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL; .**

For delivery to SHAQUILLE O'NEAL

1) Unsuccessful Attempt: Mar 10, 2023, 2:00 pm CST at 4012 Sahara Ct, Carrollton, TX 75010
Previous call back request was still on the door. Other packages were on the porch. No answer at knock at door.

2) Unsuccessful Attempt: Mar 11, 2023, 3:30 pm CST at 4012 Sahara Ct, Carrollton, TX 75010
No answer at door. Left a call back request.

3) Unsuccessful Attempt: Mar 16, 2023, 1:00 pm CDT at 4012 Sahara Ct, Carrollton, TX 75010
No answer at knock on the door. All of the notices left prior where gone. Left another call back request.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

_Kim Shaw_

Kim Shaw

BEFORE ME, a Notary Public, on this day personally appeared **Kim Shaw**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON  3-20-23

_Bill Boyett_

Notary Public, State of Texas

> BILL BOYETT
> NOTARY PUBLIC
> STATE OF TEXAS
> MY COMM. EXP. 08/24/25
> NOTARY ID 12820225-6

CAUSE NO. 22-CV-23753-KMM

| | | |
|---|---|---|
| EDWIN GARRISON, et. al., on behalf of themselves and all others similarly situated | § § § | IN THE COURT OF |
| Plaintiff, | § | |
| VS. | § | COUNTY, FLORIDA |
| | § | |
| SAM BANKMAN-FRIED, et. al. | § | |
| Defendant. | § | UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA |

## AFFIDAVIT OF DUE DILIGENCE

On this day personally appeared **Kim Shaw** who, being by me duly sworn, deposed and said:

"The following came to hand on **Mar 22, 2023, 11:39 am**,

SUMMONS IN A CIVIL ACTION; CIVIL DOCKET FOR CASE # 1:22-CV-23753-KMM; AMENDED CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL; ,

For delivery to SHAQUILLE O'NEAL

1) Unsuccessful Attempt: Mar 22, 2023, 1:30 pm CDT at 4012 Sahara Ct, Carrollton, TX 75010

No answer at door. I spoke with the answering service through Ring doorbell. Answering service confirmed no one is home.
I received a text message on March 22, 2023 at 10:30 pm from 518-816-0323. The text read " shaq lives in the bahamas u stupid fuck give beth shaw my regards." Beth Shaw is server's wife.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

_____
Kim Shaw

BEFORE ME, a Notary Public, on this day personally appeared **Kim Shaw**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON **3-24-23**

_____
Notary Public, State of Texas

BILL BOYETT
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 08/24/25
NOTARY ID 12820225-6

# Composite

# Exhibit F

## RETURN OF SERVICE
### UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 22-CV-23753-KMM

Plaintiff: **EDWIN GARRISON, ET AL., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED**
vs.
Defendant: **SAM BANKMAN-FRIED, ET AL.**

For: THE MOSKOWITZ LAW FIRM, PLLC

Received by P.I. SERVICES on the 21st day of February, 2023 at 6:06 pm to be served on SHAQUILLE O'NEAL, 279 BRYANS DRIVE, MCDONOUGH, GA. I, _Eugene B. Young_ do hereby affirm that on the _31st_ day of _March_, 2023 at _6:00_ m. executed service by delivering a true copy of the **SUMMONS & AMENDED COMPLAINT (21 DAYS)** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as _____

( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____

(✓) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _3-22-2023 (No lights on at home) 3-23-2023 8pm (no lights on at the home). 3-24-2023 at 7am + 9pm, 3-25-2023 at 9am + 5pm / 9am, No contact made with the defendant Server is unable to access the property due to privacy fence measures. There isn't no intercom to speak with anyone at the estate._

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.
Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true and correct, NO NOTARY REQUIRED PERSUANT TO F.S. 92.525(2).

PROCESS SERVER # _____
Appointed in accordance with State Statutes

P.I. SERVICES
1430 S. Dixie Highway
Suite 105, #157
Coral Gables, FL 33146
(305) 666-0142

Our Job Serial Number: 2023000253

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2h

**RETURN OF SERVICE**
UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 22-CV-23753-KMM

Plaintiff: **EDWIN GARRISON, ET AL., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED**
vs.
Defendant: **SAM BANKMAN-FRIED, ET AL.**

For: THE MOSKOWITZ LAW FIRM, PLLC

Received by P.I. SERVICES on the 21st day of February, 2023 at 6:06 pm to be served on **SHAQUILLE O'NEAL, 279 BRYANS DRIVE, MCDONOUGH, GA.** I, _Eugene B. Jones_ do hereby affirm that on the _21st_ day of _March_, _2023_ at _6:00_ m., executed service by delivering a true copy of the **SUMMONS & AMENDED COMPLAINT (21 DAYS)** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as _____

( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

(✓) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: 3/16/2023 No Access to property/gated/key pad with access required. No intercom system. 3-17-2023 @ 7:30 2023 7am + 7pm home. 15 dark no access to property. 3-18-2023 7a +7 pm No access to property.

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.
Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true and correct. NO NOTARY REQUIRED PERSUANT TO F.S. 92.525(2).

_Eugene B. Jones_

PROCESS SERVER #
Appointed in accordance with State Statutes

P.I. SERVICES
1430 S. Dixie Highway
Suite 105, #157
Coral Gables, FL 33146
(305) 666-0142

Our Job Serial Number: 2023000253

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2h

# Composite

# Exhibit G

| | |
|---|---|
| From: | TrackingUpdates@fedex.com |
| To: | Rejane Passos |
| Subject: | FedEx Shipment 771613382577: Your package has been delivered |
| Date: | Thursday, March 23, 2023 9:20:14 AM |
| Attachments: | DeliveryPicture.jpeg |



# Hi. Your package was delivered Thu, 03/23/2023 at 9:07am.



Delivered to 279 BRYANS DR, MCDONOUGH, GA 30252

**OBTAIN PROOF OF DELIVERY**



Delivery picture not showing? View in browser.

| | |
|---|---|
| **TRACKING NUMBER** | 771613382577 |
| **FROM** | Rejane Passos |
| | ████████████████ |
| | ████████████████ |
| **TO** | Shaquille O'Neal |
| | 279 Bryans Drive |
| | MCDONOUGH, GA, US, 30252 |
| **REFERENCE** | Shaqui - FTX Complaint + Docs |
| **SHIPPER REFERENCE** | Shaqui - FTX Complaint + Docs |
| **SHIP DATE** | Wed 3/22/2023 01:41 PM |
| **DELIVERED TO** | Residence |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | DAVIE, FL, US, 33325 |
| **DESTINATION** | MCDONOUGH, GA, US, 30252 |
| **SPECIAL HANDLING** | Deliver Weekday |
| | Residential Delivery |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 2.00 LB |
| **SERVICE TYPE** | FedEx Standard Overnight |

## Get the FedEx® Mobile app

Create shipments, receive tracking alerts, redirect packages to a FedEx retail location for pickup, and more from the palm of your hand - **Download now**.



**FOLLOW FEDEX**

☐  Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:19 AM CDT 03/23/2023.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2023 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

| From: | TrackingUpdates@fedex.com |
| To: | Rejane Passos |
| Subject: | FedEx Shipment 771613438621: Your package has been delivered |
| Date: | Thursday, March 23, 2023 3:02:23 PM |



# Hi. Your package was delivered Thu, 03/23/2023 at 2:55pm.



Delivered to 1050 TECHWOOD DR NW, ATLANTA, GA 30318
Received by K.CORNELIUS

**OBTAIN PROOF OF DELIVERY**

| TRACKING NUMBER | 771613438621 |
| FROM | Rejane Passos |
| | ██████████████ |
| | ██████████████ |
| TO | Turner Sports |
| | ATTN: Shaquille O'Neal |
| | 1015 Techwood Drive, NW |
| | ATLANTA, GA, US, 30318 |
| REFERENCE | Shaqui - FTX Complaint +Docs |

| | |
|---|---|
| **SHIPPER REFERENCE** | Shaqui - FTX Complaint +Docs |
| **SHIP DATE** | Wed 3/22/2023 01:41 PM |
| **DELIVERED TO** | Residence |
| **PACKAGING TYPE** | FedEx Pak |
| **ORIGIN** | DAVIE, FL, US, 33325 |
| **DESTINATION** | ATLANTA, GA, US, 30318 |
| **SPECIAL HANDLING** | Deliver Weekday |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 2.00 LB |
| **SERVICE TYPE** | FedEx Standard Overnight |



# Get the FedEx® Mobile app

Create shipments, receive tracking alerts, redirect packages to a FedEx retail location for pickup, and more from the palm of your hand
- **Download now**.

**FOLLOW FEDEX**

Please do not respond to this message. This email was sent from an unattended mailbox.

This report was generated at approximately 2:02 PM CDT 03/23/2023.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2023 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

# Composite

# Exhibit H



March 23, 20223

<u>**Via FedEx:**</u>
Henry County Sheriff's Office
c/o Civil Unit
120 Henry Pkwy
McDonough, GA 30253

       Re:     *Edwin Garrison, et al. v. Sam Bankman-Fried, et al.*
               *Case No.: 1:22-cv-23753-KMM*

Dear Civil Unit:

     We represent Plaintiffs and the putative classes in the above-referenced action. Our legal team has been litigating class action cases against the Voyager Digital and FTX cryptocurrency platforms in federal court in the Southern District of Florida for over a year. We represent hundreds of thousands of proposed class members, who all lost money and were damaged by both companies.

     We are reaching out to you for assistance in effecting service of process on one of the Defendants who resides in your jurisdiction. A copy of the operative complaint and a summons for the Defendant, Shaquille O'Neal, is attached. Also enclosed is the required $50.00 (paid by company check that includes contact information for the payor, The Moskowitz Law Firm, PLLC). Please also consider just having your counsel accept this service since it is for one of your deputies, Shaquille O'Neal, so we can all proceed with litigating the case, including any defenses Mr. O'Neal would like to assert.

     Thank you for your thoughtful consideration of this issue, and please let us know if there is anything else you need from us in order to effectuate service of process.

                          Respectfully submitted,

                          */s/ Adam M. Moskowitz*
                          Adam M. Moskowitz

**THE MOSKOWITZ LAW FIRM**                                                                                                    2246

| 0402 | | Henry County Sheriff's Office | | | Check Date: 03/23/2023 | Check#: 2246 | |
|---|---|---|---|---|---|---|---|
| Date | INV # | | Client | Matter | Description | | Amount |
| 03/23/23 | Hrycnty | | 2068 | 000 | Edwin Garrison, et al. v. Sam Bankman-Fried, et al. Case No.: 1:22-( | | 50.00 |

Check Amount: $50.00

---

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

THE **MOSKOWITZ**
LAW FIRM

2 ALHAMBRA PLZ., SUITE 601
CORAL GABLES, FL 33134

**IBERIA BANK**

2246

| | Date | Amount |
|---|---|---|
| | 03/23/2023 | $50.00 |

PAY   FIFTY AND 00/100 DOLLARS

TO THE
ORDER
OF

Henry County Sheriff's Office
C/O Civil Unit
120 Henry Pkwy
Mc Donough, GA 30253

Edwin Garrison, et al. v. Sam Bankman-Fried, et al.

SECURITY FEATURES INCLUDED. DETAILS ON BACK

---

**THE MOSKOWITZ LAW FIRM**                                                                                                   2246

| 0402 | | Henry County Sheriff's Office | | | | Check Date: 03/23/2023 | Check #: 2246 | |
|---|---|---|---|---|---|---|---|---|
| Date | INV # | | Client | Matter | Atty | EXP | Description | GL Acct | Amount |
| 03/23/23 | Hrycnty | | 2068 | 000 | AMM | MISC | Edwin Garrison, et al. v. Sam Bankman-Fried, et al. Case No. | 01151000 | 50.00 |

Check Amount: $50.00

ENDORSE CHECK HERE

X _____

_____

☐ CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT
DATE_____

**DO NOT WRITE / SIGN / STAMP BELOW THIS LINE**
DEPOSITORY BANK ENDORSEMENT
▽ MP                                                    MP ▽

Listed below are the security features provided on this document
which meet and/or exceed industry guidelines.

| Security Features: | Results of check alteration: |
|---|---|
| • Micro-Printing | • Small typo in border of check and endorsement area appears blurred if copied or scanned. |
| • Watermark | • Artificial watermark on back. Hold at an angle to view. |
| • Colored Background | • Void copy protection. |

| From: | TrackingUpdates@fedex.com |
|---|---|
| To: | Rejane Passos |
| Subject: | FedEx Shipment 771639537503: Your package has been delivered |
| Date: | Friday, March 24, 2023 1:44:16 PM |



# Hi. Your package was delivered Fri, 03/24/2023 at 1:35pm.



Delivered to 120 HENRY PKWY, MC DONOUGH, GA 30253

**OBTAIN PROOF OF DELIVERY**

| TRACKING NUMBER | 771639537503 |
|---|---|
| FROM | The Moskowitz Law Firm |
| | ███████████ |
| | ███████████ |
| TO | Henry County Sheriffs Office |
| | c/o Civil Unit |
| | 120 Henry Pkwy |
| | MC DONOUGH, GA, US, 30253 |
| REFERENCE | FTX - Complain |
| SHIPPER REFERENCE | FTX - Complain |

| | |
|---|---|
| **SHIP DATE** | Thu 3/23/2023 05:40 PM |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | DAVIE, FL, US, 33325 |
| **DESTINATION** | MC DONOUGH, GA, US, 30253 |
| **SPECIAL HANDLING** | Deliver Weekday |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 2.00 LB |
| **SERVICE TYPE** | FedEx Standard Overnight |

## Get the FedEx® Mobile app

Create shipments, receive tracking alerts, redirect packages to a FedEx retail location for pickup, and more from the palm of your hand - **Download now**.

**FOLLOW FEDEX**

☐ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 12:44 PM CDT 03/24/2023.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2023 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

# Composite

# Exhibit I

**Rejane Passos**

---

| | |
|---|---|
| **From:** | Joseph Kaye |
| **Sent:** | Thursday, April 6, 2023 9:26 PM |
| **To:** | dennis@roachlaw.net |
| **Cc:** | Adam Moskowitz; Rejane Passos |
| **Subject:** | RE: Garrison, et al. v. Bankman-Fried, et al., No. 1:22-cv-23753-KMM -- Shaquille O'Neal Request for Waiver of Service |

Mr. Roach,

https://moskowitz-law.com/service-by-publication-of-garrison-v-bankman-fried-122-cv-23753-sd-fla-on-shaquille-oneal

In accordance with Federal Rule of Civil Procedure 4(e)(1) and Texas Rule of Civil Procedure 106(b)(2), we are sending the above hyperlink via direct message from The Moskowitz Law Firm's official Instagram and Twitter accounts to Defendant Shaquille O'Neal's Instagram (@Shaq and @DJDiesel) and Twitter (@Shaq and @DJDiesel) accounts. We are asking that you similarly provide the above hyperlink to Mr. O'Neal today and that you confirm by return email that you have done so.

Thank you.

Best,

Joseph M. Kaye, P.A.
Partner
**The Moskowitz Law Firm, PLLC**
P.O. Box 141609
Coral Gables, FL 33114
*For Hand Deliveries Use:*
251 Valencia Ave #141609
Coral Gables, FL 33114
Office: (305) 740-1423
Direct: (786) 309-9585

Note: The information in this email is confidential and intended to be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information contained herein; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any viruses or other defects that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free and no responsibility is accepted by The Moskowitz Law Firm or the sender of this email for any loss or damage arising in any way from its use.

CIRCULAR 230 DISCLAIMER: The IRS now requires written advice (including electronic communications) regarding one or more Federal (i.e., United States) tax issues to meet certain standards. Those standards involve a detailed and careful analysis of the facts and applicable law which we expect would be time

consuming and costly. We have not made and have not been asked to make that type of analysis in connection with any advice given in this e-mail. As a result, we are required to advise you that any Federal tax advice rendered in this e-mail is not intended or written to be used and cannot be used for the purpose of avoiding penalties that may be imposed by the IRS.

---

**From:** Joseph Kaye <joseph@moskowitz-law.com>
**Sent:** Wednesday, March 29, 2023 1:34:45 PM
**To:** dennis@roachlaw.net <dennis@roachlaw.net>
**Cc:** Adam Moskowitz <Adam@moskowitz-law.com>; Rejane Passos <rejane@moskowitz-law.com>
**Subject:** RE: Garrison, et al. v. Bankman-Fried, et al., No. 1:22-cv-23753-KMM -- Shaquille O'Neal Request for Waiver of Service

Mr. Roach,

Following up on the below. Please let us know, thank you.

Best,

Joseph M. Kaye, P.A.
Partner
**The Moskowitz Law Firm, PLLC**
P.O. Box 141609
Coral Gables, FL 33114
*For Hand Deliveries Use:*
251 Valencia Ave #141609
Coral Gables, FL 33114
Office: (305) 740-1423
Direct: (786) 309-9585

Note: The information in this email is confidential and intended to be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information contained herein; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any viruses or other defects that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free and no responsibility is accepted by The Moskowitz Law Firm or the sender of this email for any loss or damage arising in any way from its use.

CIRCULAR 230 DISCLAIMER: The IRS now requires written advice (including electronic communications) regarding one or more Federal (i.e., United States) tax issues to meet certain standards. Those standards involve a detailed and careful analysis of the facts and applicable law which we expect would be time consuming and costly. We have not made and have not been asked to make that type of analysis in connection with any advice given in this e-mail. As a result, we are required to advise you that any Federal tax advice rendered in this e-mail is not intended or written to be used and cannot be used for the purpose of avoiding penalties that may be imposed by the IRS.

---

**From:** Joseph Kaye
**Sent:** Thursday, March 9, 2023 6:23 PM

**To:** dennis@roachlaw.net
**Cc:** Adam Moskowitz; dboies@bsfllp.com; aboies@bsfllp.com; Brooke Alexander; Stephen N. Zack; Stuart Grossman; Alex Arteaga-Gomez; Rejane Passos
**Subject:** Re: Garrison, et al. v. Bankman-Fried, et al., No. 1:22-cv-23753-KMM -- Shaquille O'Neal Request for Waiver of Service

Good afternoon Mr. Roach,

Thanks for the call just now. As I explained on the call, we represent Plaintiffs and the putative classes in the above-referenced action. A copy of the operative complaint is attached. I am reaching out to you with a Notice of Commencement of Action and Request for Waiver of Service for your client, Shaquille O'Neal (both forms attached). We know Mr. O'Neal is aware of the complaint (https://www.cnbc.com/2022/12/15/shaq-on-crypto-ftx-post-collapse-i-was-just-a-paid-spokesperson.html) and are in the process of personally serving him, but wanted to send this along to you in order to expedite the process and avoid the cost of personal service to the extent possible. Please let us know if you will represent him in this action (or if you can put us in touch who will), and let me know if you have any questions or wish to discuss, thank you.

Best,

Joseph M. Kaye, P.A.
Partner
**The Moskowitz Law Firm, PLLC**
P.O. Box 141609
Coral Gables, FL 33114
*For Hand Deliveries Use:*
251 Valencia Ave #141609
Coral Gables, FL 33114
Office: (305) 740-1423
Direct: (786) 309-9585

Note: The information in this email is confidential and intended to be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information contained herein; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any viruses or other defects that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free and no responsibility is accepted by The Moskowitz Law Firm or the sender of this email for any loss or damage arising in any way from its use.

CIRCULAR 230 DISCLAIMER: The IRS now requires written advice (including electronic communications) regarding one or more Federal (i.e., United States) tax issues to meet certain standards. Those standards involve a detailed and careful analysis of the facts and applicable law which we expect would be time consuming and costly. We have not made and have not been asked to make that type of analysis in connection with any advice given in this e-mail. As a result, we are required to advise you that any Federal tax advice rendered in this e-mail is not intended or written to be used and cannot be used for the purpose of avoiding penalties that may be imposed by the IRS.

**Rejane Passos**

---

| | |
|---|---|
| **From:** | Joseph Kaye |
| **Sent:** | Thursday, April 6, 2023 9:26 PM |
| **To:** | pross@rossllp.la; elauritsen@rossllp.la |
| **Cc:** | Adam Moskowitz; Rejane Passos |
| **Subject:** | RE: Garrison, et al. v. Bankman-Fried, et al., No. 1:22-cv-23753-KMM -- Shaquille O'Neal Request for Waiver of Service |

Messrs. Ross and Lauritsen,

https://moskowitz-law.com/service-by-publication-of-garrison-v-bankman-fried-122-cv-23753-sd-fla-on-shaquille-oneal

In accordance with Federal Rule of Civil Procedure 4(e)(1) and Texas Rule of Civil Procedure 106(b)(2), we are sending the above hyperlink via direct message from The Moskowitz Law Firm's official Instagram and Twitter accounts to Defendant Shaquille O'Neal's Instagram (@Shaq and @DJDiesel) and Twitter (@Shaq and @DJDiesel) accounts. We are asking that you similarly provide the above hyperlink to Mr. O'Neal today and that you confirm by return email that you have done so.

Thank you.

Best,

Joseph M. Kaye, P.A.
Partner
**The Moskowitz Law Firm, PLLC**
P.O. Box 141609
Coral Gables, FL 33114
*For Hand Deliveries Use:*
251 Valencia Ave #141609
Coral Gables, FL 33114
Office: (305) 740-1423
Direct: (786) 309-9585

Note: The information in this email is confidential and intended to be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information contained herein; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any viruses or other defects that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free and no responsibility is accepted by The Moskowitz Law Firm or the sender of this email for any loss or damage arising in any way from its use.

CIRCULAR 230 DISCLAIMER: The IRS now requires written advice (including electronic communications) regarding one or more Federal (i.e., United States) tax issues to meet certain standards. Those standards involve a detailed and careful analysis of the facts and applicable law which we expect would be time

consuming and costly. We have not made and have not been asked to make that type of analysis in connection with any advice given in this e-mail. As a result, we are required to advise you that any Federal tax advice rendered in this e-mail is not intended or written to be used and cannot be used for the purpose of avoiding penalties that may be imposed by the IRS.

---

**From:** Joseph Kaye
**Sent:** Thursday, March 9, 2023 7:08:44 PM
**To:** pross@rossllp.la <pross@rossllp.la>; elauritsen@rossllp.la <elauritsen@rossllp.la>
**Cc:** Adam Moskowitz <Adam@moskowitz-law.com>; dboies@bsfllp.com <dboies@bsfllp.com>; aboies@bsfllp.com <aboies@bsfllp.com>; Brooke Alexander <balexander@bsfllp.com>; Stephen N. Zack <szack@bsfllp.com>; Stuart Grossman <SZG@grossmanroth.com>; Alex Arteaga-Gomez <aag@grossmanroth.com>; Rejane Passos <rejane@moskowitz-law.com>
**Subject:** Re: Garrison, et al. v. Bankman-Fried, et al., No. 1:22-cv-23753-KMM -- Shaquille O'Neal Request for Waiver of Service

Good afternoon, Mr. Ross,

I spoke with your associate, Eric Lauritsen, a little while ago. He said he was not personally aware of any of these issues so I wanted to follow up with you in case you are. As I explained to Eric on the call, we represent Plaintiffs and the putative classes in the above-referenced action. A copy of the operative complaint is attached.

I see that you both represented Mr. O'Neal very recently in another matter (https://www.law360.com/articles/1570921/shaq-settles-suit-against-pot-co-alleging-mismanaged-funds) so I am reaching out to you with a Notice of Commencement of Action and Request for Waiver of Service for your client, Shaquille O'Neal (both forms attached).

We know Mr. O'Neal is aware of the complaint (https://www.cnbc.com/2022/12/15/shaq-on-crypto-ftx-post-collapse-i-was-just-a-paid-spokesperson.html) and are in the process of personally serving him, but wanted to send this along to you in order to expedite the process and avoid the cost of personal service to the extent possible.

Please let us know if you will represent him in this action (or if you can put us in touch who will), and let me know if you have any questions or wish to discuss, thank you.

Best,

Joseph M. Kaye, P.A.
Partner
**The Moskowitz Law Firm, PLLC**
P.O. Box 141609
Coral Gables, FL 33114
*For Hand Deliveries Use:*
251 Valencia Ave #141609
Coral Gables, FL 33114
Office: (305) 740-1423
Direct: (786) 309-9585

Note: The information in this email is confidential and intended to be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information contained herein; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any viruses or other defects that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free and no responsibility is accepted by The Moskowitz Law Firm or the sender of this email for any loss or damage arising in any way from its use.

CIRCULAR 230 DISCLAIMER: The IRS now requires written advice (including electronic communications) regarding one or more Federal (i.e., United States) tax issues to meet certain standards. Those standards involve a detailed and careful analysis of the facts and applicable law which we expect would be time consuming and costly. We have not made and have not been asked to make that type of analysis in connection with any advice given in this e-mail. As a result, we are required to advise you that any Federal tax advice rendered in this e-mail is not intended or written to be used and cannot be used for the purpose of avoiding penalties that may be imposed by the IRS.

**Rejane Passos**

| | |
|---|---|
| **From:** | Joseph Kaye |
| **Sent:** | Thursday, April 6, 2023 9:26 PM |
| **To:** | breid@carltonfields.com; cgruhn@carltonfields.com; jacohen@carltonfields.com |
| **Cc:** | Adam Moskowitz; Rejane Passos |
| **Subject:** | RE: Garrison, et al. v. Bankman-Fried, et al., No. 1:22-cv-23753-KMM -- Shaquille O'Neal Request for Waiver of Service |

Good evening Messrs. Reid, Gruhn, and Cohen,

https://moskowitz-law.com/service-by-publication-of-garrison-v-bankman-fried-122-cv-23753-sd-fla-on-shaquille-oneal

In accordance with Federal Rule of Civil Procedure 4(e)(1) and Texas Rule of Civil Procedure 106(b)(2), we are sending the above hyperlink via direct message from The Moskowitz Law Firm's official Instagram and Twitter accounts to Defendant Shaquille O'Neal's Instagram (@Shaq and @DJDiesel) and Twitter (@Shaq and @DJDiesel) accounts. We are asking that you similarly provide the above hyperlink to Mr. O'Neal today and that you confirm by return email that you have done so.

Thank you.


Best,

Joseph M. Kaye, P.A.
Partner
**The Moskowitz Law Firm, PLLC**
P.O. Box 141609
Coral Gables, FL 33114
*For Hand Deliveries Use:*
251 Valencia Ave #141609
Coral Gables, FL 33114
Office: (305) 740-1423
Direct: (786) 309-9585

Note: The information in this email is confidential and intended to be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information contained herein; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any viruses or other defects that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free and no responsibility is accepted by The Moskowitz Law Firm or the sender of this email for any loss or damage arising in any way from its use.

CIRCULAR 230 DISCLAIMER: The IRS now requires written advice (including electronic communications) regarding one or more Federal (i.e., United States) tax issues to meet certain standards. Those standards involve a detailed and careful analysis of the facts and applicable law which we expect would be time

consuming and costly. We have not made and have not been asked to make that type of analysis in connection with any advice given in this e-mail. As a result, we are required to advise you that any Federal tax advice rendered in this e-mail is not intended or written to be used and cannot be used for the purpose of avoiding penalties that may be imposed by the IRS.

---

**From:** Joseph Kaye
**Sent:** Monday, March 6, 2023 6:33 PM
**To:** breid@carltonfields.com; cgruhn@carltonfields.com; jacohen@carltonfields.com
**Cc:** Adam Moskowitz <Adam@moskowitz-law.com>; dboies@bsfllp.com; aboies@bsfllp.com; Brooke Alexander
<balexander@bsfllp.com>; Stephen N. Zack <szack@bsfllp.com>; Rejane Passos <rejane@moskowitz-law.com>
**Subject:** Re: Garrison, et al. v. Bankman-Fried, et al., No. 1:22-cv-23753-KMM -- Shaquille O'Neal Request for Waiver of
Service

Good afternoon Messrs. Reid, Gruhn, and Cohen,

We represent Plaintiffs and the putative classes in the above-referenced action. A copy of the operative complaint is attached. I am reaching out to you with a Notice of Commencement of Action and Request for Waiver of Service for your client, Shaquille O'Neal (both forms attached). We know Mr. O'Neal is aware of the complaint (https://www.cnbc.com/2022/12/15/shaq-on-crypto-ftx-post-collapse-i-was-just-a-paid-spokesperson.html) and are in the process of personally serving him, but wanted to send this along to you in order to expedite the process and avoid the cost of personal service to the extent possible. Please let me know if you have any questions or wish to discuss, thank you.

Best,

Joseph M. Kaye, P.A.
Partner
**The Moskowitz Law Firm, PLLC**
P.O. Box 141609
Coral Gables, FL 33114
*For Hand Deliveries Use:*
251 Valencia Ave #141609
Coral Gables, FL 33114
Office: (305) 740-1423
Direct: (786) 309-9585

Note: The information in this email is confidential and intended to be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information contained herein; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any viruses or other defects that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free and no responsibility is accepted by The Moskowitz Law Firm or the sender of this email for any loss or damage arising in any way from its use.

CIRCULAR 230 DISCLAIMER: The IRS now requires written advice (including electronic communications) regarding one or more Federal (i.e., United States) tax issues to meet certain standards. Those standards involve a detailed and careful analysis of the facts and applicable law which we expect would be time consuming and costly. We have not made and have not been asked to make that type of analysis in connection

with any advice given in this e-mail. As a result, we are required to advise you that any Federal tax advice rendered in this e-mail is not intended or written to be used and cannot be used for the purpose of avoiding penalties that may be imposed by the IRS.


shaq



# DR. SHAQUILLE O'NEAL Ed.D. ✔

shaq · Instagram
30M followers · 3.7K posts
You don't follow each other on
Instagram
You both follow whitehouse45 and 1
other

**View profile**

10:03 PM



**Service by Publication of Garrison v. Bankman-Fried, 1:22-cv-23753 (S.D. Fla.), on Shaquille O'Neal — The Moskowitz Law Firm**
Case Information & Documents

DR. SHAQUILL...
shaq

Mr. O'Neal, in accordance with Federal Rule of Civil Procedure 4(e)(1) and Texas Rule of Civil Procedure 106(b)(2), please find the summons, operative complaint, and other important materials regarding the claims filed against you in the action pending in the Southern District of Florida before the Honorable Judge K. Michael Moore, styled Garrison, et al. v. Bankman-Fried, et al., No. 1:22-cv-23753 (S.D. Fla.): https://moskowitz-law.com/service-by-publication-of-garrison-v-bankman-fried-122-cv-23753-sd-fla-on-shaquille-oneal

ssage...

DR. SHAQUILL...
shaq

This is the same action you publicly commented on December 15, 2022: "Shaq distances himself from crypto and FTX collapse: 'I was just a paid spokesperson,'" dated December 15, 2022, published at https://www.cnbc.com/2022/12/15/shaq-on-crypto-ftx-post-collapse-i-was-just-a-paid-spokesperson.html




Message...

10:18


**djdiesel** ✓
Business chat

10:18 PM



**Service by Publication of Garrison v. Bankman-Fried, 1:22-cv-23753 (S.D. Fla.), on Shaquille O'Neal — The Moskowitz Law Firm**
Case Information & Documents

Mr. O'Neal, in accordance with Federal Rule of Civil Procedure 4(e)(1) and Texas Rule of Civil Procedure 106(b)(2), please find the summons, operative

 Message...

---


**djdiesel** ✓
Business chat

complaint, and other important materials regarding the claims filed against you in the action pending in the Southern District of Florida before the Honorable Judge K. Michael Moore, styled Garrison, et al. v. Bankman-Fried, et al., No. 1:22-cv-23753 (S.D. Fla.): https://moskowitz-law.com/service-by-publication-of-garrison-v-bankman-fried-122-cv-23753-sd-fla-on-shaquille-oneal

This is the same action you publicly commented on December 15, 2022: "Shaq distances himself from crypto and FTX collapse: 'I was just a paid spokesperson,'" dated December 15, 2022, published at https://www.cnbc.com/2022/12/15/shaq-on-crypto-ftx-post-collapse-i-was-just-a-paid-spokesperson.html



**DJ Diesel**
@djdiesel

**The Biggest DJ in the world**

Joined September 2019 • 77.3K Fo...

> Mr. O'Neal, in accordance with Federal Rule of Civil Procedure 4(e)(1) and Texas Rule of Civil Procedure 106(b)(2), please find the summons, operative complaint, and other important materials regarding the claims filed against you in the action pending in the Southern District of Florida before the Honorable Judge K. Michael Moore, styled Garrison, et al. v. Bankman-Fried, et



> al., No. 1:22-cv-23753 (S.D. Fla.): moskowitz-law.com/ service-by-pub...
>
> This is the same action you publicly commented on December 15, 2022: "Shaq distances himself from crypto and FTX collapse: 'I was just a paid spokesperson,'" dated December 15, 2022, published at cnbc.com/ 2022/12/15/sha...

10:08 PM · Sent