UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 22-cv-23753-MOORE/LOUIS

EDWIN GARRISON, *et al.*, on behalf of
themselves and all other similarly situated,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Ellie Hourizadeh of the law firm of McDermott Will & Emery LLP, 2049 Century Park East, Suite 3200, Los Angeles, CA 90067, (310) 788-4125, for purposes of appearance as co-counsel on behalf of Defendant, Stephen Curry, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Ellie Hourizadeh to receive electronic filings in this case, and in support thereof states as follows:

    1.    Ellie Hourizadeh is not admitted to practice in the Southern District of Florida and is a member in good standing of Northern District of California, Central District of California and Southern District of California.

    2.    Movant, Nathan M. Bull, of the law firm of McDermott Will & Emery LLP, 333 S.E. 2nd Avenue, Suite 4500, Miami, FL, (305) 347-6506, is a member in good standing of The

Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Ellie Hourizadeh has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Ellie Hourizadeh, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Ellie Hourizadeh at email address: ehourizadeh@mwe.com.

WHEREFORE, Nathan M. Bull respectfully moves this Court to enter an Order for Ellie Hourizadeh to appear before this Court on behalf of Defendant Stephen Curry for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Ellie Hourizadeh.

Dated: April 14, 2023

Respectfully submitted,
**McDERMOTT WILL & EMERY LLP**
*/s/ Nathan M. Bull*
NATHAN M. BULL
nbull@mwe.com
Florida Bar No. 1029523
333 S.E. 2 Avenue | Suite 4500
Miami, FL 33131
Tel: (305) 358-3500 | Fax: (305) 675-8146
***Counsel for Defendant Stephen Curry***

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO.: 22-cv-23753-MOORE/LOUIS**

EDWIN GARRISON, *et al.*, on behalf of
themselves and all other similarly situated,

     Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

     Defendants.

_____/

**CERTIFICATION OF ELLIE HOURIZADEH**

Ellie Hourizadeh, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Northern District of California, Central District of California and Southern District of California and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                                            */s/ Ellie Hourizadeh*
                                                            ELLIE HOURIZADEH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 22-cv-23753-MOORE/LOUIS

EDWIN GARRISON, *et al.*, on behalf of
themselves and all other similarly situated,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.

_____/

**ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Ellie Hourizadeh, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby:

ORDERED AND ADJUDGED that:

The Motion is GRANTED.  Ellie Hourizadeh may appear and participate in this action on behalf of Stephen Curry.  The Clerk shall provide electronic notification of all electronic filings to Ellie Hourizadeh at ehourizadeh@mwe.com.

DONE AND ORDERED in Chambers at _____, Florida, this ____ day of _____.

_____
United States District Judge

Copies furnished to: All Counsel of Record